MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6961
    FAX: (415) 436-7027
    sheila.armbrust@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-0020 WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JANUARY 27, 2015 TO FEBRUARY 10, 2015 |
| v. | |
| OVIDIO JUAREZ CASTANON,<br>   a\k\a Ovidio Juarez,<br>   a\k\a Ovidio Rufino Juarez Castanon,<br>   a\k\a Castano Juarez, | |
| Defendant. | |

The Defendant, Ovidio Juarez Castanon, represented by Shilpi Agarwal, Assistant Federal Public Defender, and the Government, represented by Sheila A.G. Armbrust, Assistant United States Attorney, appeared before the Court on January 27, 2015 for a status hearing. The Government represented that it has provided discovery to the Defendant, and counsel for the Defendant requested additional time to review the discovery. The parties will appear before the Court on February 10, 2015.

With the agreement of the parties, and with the consent of the Defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

1  and (B)(iv), from January 27, 2015 to February 10, 2015.  The parties agreed, and the Court found and
2  held, as follows:
3     Based upon the representation of counsel and for good cause shown, the Court finds that failing
4  to exclude the time between January 27, 2015 and February 10, 2015 would unreasonably deny counsel
5  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
6  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
7  time between January 27, 2015 and February 10, 2015 from computation under the Speedy Trial Act
8  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY
9  ORDERED that the time between January 27, 2015 and February 10, 2015 shall be excluded from
10 computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

12 IT IS SO ORDERED.

14 DATED:  January 28, 2015.

   HONORABLE WILLIAM H. ALSUP
   United States District Judge

[PROPOSED] ORDER EXLUDING TIME
CR 15-0020 WHA